# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2010

Marilyn Kelly,
Chief Justice

139735

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PAUL CHESTER GAGNIER,
        Defendant-Appellant.

SC: 139735
COA: 281868
Oakland CC: 2007-212596-FC

_____/

On order of the Court, the application for leave to appeal the August 6, 2009 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Smith* (Docket No. 140371) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2010

Clerk

s0324